◈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.

DORRELL GRANT

**APPEARANCE**

Case Number: 07 Cr. 1045 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DORRELL GRANT

I certify that I am admitted to practice in this court.

January 4, 2008
Date

*[Signature]*
Signature

Donald Yannella
Print Name

DJY-7350
Bar Number

7 Dey Street, Suite 803
Address

New York, NY 10007
City    State    Zip Code

(212) 226-2883
Phone Number

(212) 226-2861
Fax Number

Declaration of Service

Donald Yannella, an attorney duly admitted to practice law in the United States District Court, Southern District of New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

Today, I served a copy of the attached document upon the following individual via fax:

>AUSA Seetha Ramachandran
>One St. Andrew's Plaza
>New York, NY 10007
>Via ECF

>Sabrina Shroff, Esq.
>Federal Defender's Office
>52 Duane Street
>New York, NY 10007
>Via ECF

>Dorrell Grant, 60505-054
>MCC
>150 Park Row
>New York, NY 10007
>Via US Mail

Dated: January 4, 2008

/s/ _____
Donald Yannella, Esq (DJY-7350)