**Donald Yannella, P.C.**
Attorney at Law
7 Dey Street, Suite 803
New York, NY  10007
------------------------------
(212) 226-2883

Admitted in NY & NJ                     fax:  (212) 226-2861

January 17, 2008

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

     Re:   US v. Dorrell Grant
            07 Cr. 1045 (LAK)

Dear Judge Kaplan:

    I have filed a notice of appearance for Dorrell Grant, and I understand that this case is on for a conference on January 25, 2008 at 10 AM.

    Both the prosecutor and I request that the case either be heard in the afternoon on January 25, 2008 or on another date.  We would both be available on February 1 (except the prosecutor has a 3:15 PM court appearance that day) and February 8, 2008.

    My conflict on January 25, 2008 is that I have a case scheduled for a 9 AM arraignment in the Hunterdon County Superior Court in New Jersey.  If there were an adjournment, I would consent to the exclusion of time for speedy trial purposes.  Thank you for consideration of this request.

                              Sincerely,

                              /s/
                              Donald J. Yannella, Esq. (DJY-7350)

## Declaration of Service

Donald Yannella, an attorney duly admitted to practice law in the United States District Court, Southern District of New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

Today, I served a copy of the attached document upon the following individual via fax:

>AUSA Seetha Ramachandran
>One St. Andrew's Plaza
>New York, NY  10007
>Via ECF

Dated:  January 17, 2008

/s/

_____
Donald Yannella, Esq. (DJY-7350)