UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | X | |
| | X | **CONSENT TO PROCEED BEFORE** |
| -against- | X | **A UNITED STATES MAGISTRATES** |
| | X | **JUDGE ON A FELONY PLEA** |
| | X | **ALLOCUTION.,** |
| | X | |
| | X | |
| | X | |
| | X | |
| Dorrell Grant    Defendant | X | Docket # 07 Cr. 1045    (LAK) |
| | X | |

===============================

The undersigned defendant, advised by his or her undersigned attorney, consents to a

United States Magistrates Judge presiding over the proceedings required by Rule11, Fed. R. Crim., for me

to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to

guilty. I understand that if my plea is accepted, my sentencing will take place before the

United States District Judge who is assigned,  or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be

conducted before an Article III Judge,  and hereby represent and confirm to the Magistrate Judge

that no threats or promises, or other improper inducements, have been made to cause me to

consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent this_____

day of ____April____, 20 08    at ___New York___, New York.

x_____          x_____
        **Defendant**                              **Attorney for Defendant**

Accepted by: _____
        **United States Magistrates Judge**

ALLY FILED