```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

          Plaintiff,

    -against-                      07 CR. 1045-01 (LAK)

DORRELL GRANT,

          Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable James C. Francis, on April 8, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty as charged by Indictment 07 cr 1045 (LAK) knowingly and voluntarily, and that there is a factual basis for the guilty plea;

    IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: July 29, 2008

                                                    Hon. Lewis A. Kaplan
                                                   United States District Judge